THOMAS J. MORTON, Respondent, *v.* HOMER L. BLINN et al., Appellants.

(Argued March 19, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made November 11, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*William A. Copp* for appellants.

*James I. Byrne* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.